Name: Oswyn Montoute

Address: 44 Sunnyside Avenue

Hempstead, NY 11550

Tel: 516-655-4492

Email: omontoute44@gmail.com *or mojanos@aol.com / mojanos@aol.com (preferably)*

Enclosed: Bankruptcy Petition

Copy of ID

Copy of Money order ( To be dropped off at court or sent priority Mail under the custody of the USPS)

Please send copy of filing to email: omontoute44@gmail.com

Please treat this filing as an Emergency filing.